# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:25-cv-100

| | |
|---|---|
| **MARVIN UNITED METHODIST CHURCH,**<br>**Plaintiff,**<br><br>v.<br><br>**SOUTHERN MUTUAL CHURCH INSURANCE COMPANY,**<br>**Defendant.** | **NOTICE OF REMOVAL** |

**NOW COMES** Defendant, SOUTHERN MUTUAL CHURCH INSURANCE COMPANY (hereinafter "Southern Mutual"), pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, and hereby provides its Notice of Removal to this Court from the General Court of Justice, Superior Court of Lincoln County, North Carolina based on diversity of citizenship and amount in controversy.

In support of such removal, the Defendant respectfully states the following:

1. This civil action was commenced by the filing of a Summons and Complaint by Marvin United Methodist Church (hereinafter "Plaintiff") on May 27, 2025, in the General Court of Justice, Superior Court Division, Lincoln County, North Carolina styled *Marvin United Methodist Church v. Southern Mutual Church Insurance Company*, Case No. 25CVS00833. The Summons is attached hereto as **Exhibit A**, and the Complaint is attached hereto as **Exhibit B**.

2. Plaintiff served Southern Mutual with the Summons and Complaint on or about June 2, 2025. Therefore, this Notice is timely filed within 30 days of the date on which Defendant was notified of the Summons and Complaint, as required by 28 U.S.C. § 1446(b)(2).

3. Plaintiff's Complaint contains claims for breach of contract (First Claim for Relief), unfair and deceptive trade practices (Second Claim for Relief), and bad faith (Third Claim for Relief).

4. Plaintiff seeks damages pertaining to alleged indemnity obligations by Southern Mutual. Plaintiff seeks compensatory damages and attorney fees from Southern Mutual as referenced in the Complaint.

5. In addition, the Complaint seeks treble damages for Plaintiff's claim for unfair and deceptive trade practices. *See* **Exhibit B**, **Complaint**, p. 4, ¶ 3.

6. According to the Complaint, Plaintiff is an unincorporated nonprofit association with a church building/principal office located in Lincoln County, North Carolina.

7. Southern Mutual is a South Carolina nonprofit company engaged in the business of insurance with its home office located in Columbia, South Carolina. *See* **Exhibit C**, S.C. Secretary of State, Business Entities Search.

8. Complete diversity exists between Plaintiff and Southern Mutual in that Plaintiff is located in North Carolina and Southern Mutual is located in South Carolina.

9. Plaintiff seeks, in the Complaint, compensatory damages in excess of $25,000.00.

10. "It is well-established that the amount in controversy is determined based on the pleadings at the time of removal." *Quality Labels & Packaging, Inc. v. Wells Fargo Bank, N.A.*, No. 1:10CV210, 2019 WL 2992219, at *4 (M.D.N.C. July 9, 2019). "Treble damages and punitive damages are generally included within the amount in controversy when the plaintiff is permitted to recover those damages under applicable law." *Id*. at * 3.

11. Additionally, upon information and belief, Plaintiff alleges that the full amount due from damage to the roof and/or repair cost exceeds $25,000.00.

00840C.00002

12. The United States District Court for the Western District of North Carolina has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1446 because complete diversity exists between the parties and the amount in controversy exceeds $75,000.00.

13. Pursuant to 28 U.S.C. § 1446(d), Southern Mutual will file a Notice of Filing of Notice of Removal with the General Court of Justice, Superior Court Division, Lincoln County, North Carolina, and will serve a copy of the Notice on Plaintiff.

14. Pursuant to 28 U.S.C. § 1441(a), venue is proper in this Court because it is the "district and division embracing the place where such action is pending."

15. No previous application has been made for the relief requested herein.

WHEREFORE, Southern Mutual hereby gives notice to this Honorable Court that this action has been removed from the General Court of Justice, Superior Court Division, Lincoln County, North Carolina, to the United States District Court for the Western District of North Carolina, Statesville Division.

This the 27th day of June, 2025.

/s/ Allen C. Smith
Allen C. Smith
PH: 704-319-5449
FAX: 704-602-8164
Email: acsmith@herickgardner.com
NC State Bar No. 19286
/s/ William R. Myers
William R. Myers
N.C. State Bar No. 53191
PH: 704-602-8047
FAX: 704-602-8102
Email: wmyers@hedrickgardner.com
Hedrick Garnder Kincheloe & Garofalo, LLP
4201 Congress St, Suite 300
Charlotte, NC 28209
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025 I electronically filed the foregoing Notice of Removal to Federal Court with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record. Opposing counsel will be served via electronic correspondence as follows:

>Mark Wilson
>Hyde Brown Wilson, P.A.
>675 N. Main St.
>Waynesville, NC 28786
>mark@hbwlaw.com
>
>Lance Sigmon
>Hyde Brown Wilson, P.A.
>675 N. Main Street
>Waynesville, NC 28786
>lance@hbwlaw.com

**This the 27th day of June, 2025.**

>**HEDRICK GARDNER KINCHELOE & GAROFALO LLP**
>
>**/s/ Allen C. Smith**
>**Allen C. Smith**
>**NC State Bar No. 19286**
>**Attorney for Defendant**